NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:　　　　　　　　　　　　　　　　　　　　BK−23−50177−hlb
　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
GUARDIAN FUND, LLC ,
　　　　　　　　　　Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding: 25−05067−hlb

GUARDIAN FUND, LLC, A NEVADA LIMITED　　　COMPLAINT, SUMMONS
LIABILITY COMPANY, et al,　　　　　　　　　STANDARD DISCOVERY PLAN AND
　　　　　　　　　　Plaintiff(s)　　　　　　　SCHEDULING ORDER PACKET

vs　　　　　　　　　　　　　　　　　　　　　Hearing Date:  April 21, 2026
　　　　　　　　　　　　　　　　　　　　　　Hearing Time:  1:30pm
JAMIE RIVERA
YOLANDA RIVERA, et al,
　　　　　　　　　　Defendant(s)

I, __Misti Hale_____, certify that I am at least 18 years old and not a party to the matter concerning
　　　　　(name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __February 3, 2026_____
　　　　(date)

by:

[x]　　Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:
　　　　　　　JAIME RIVERA AND YOLANDA RIVERA
　　　　　　　410 BUENA VISTA DR.
　　　　　　　BATTLE MOUNTAIN, NV 89820

[ ]　　Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]　　Residence Service: By leaving the process with the following adult at:

[ ]　　Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]　　Publication: The defendant was served as follows: (Describe briefly)

[ ]　　State Law: The defendant was served pursuant to the laws of the State of _____,
　　　　as follows: (Describe briefly)　　　　　　　　　　　　　　　　　　　　　(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 4, 2026                                    Signature: _____

Print Name: Misti Hale, McDonald Carano LLP

Business Address: 100 W. Liberty Street, 10th Floor

City: Reno                         State: NV                Zip: 89501